UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    08 Cr.
                                 :
NELSON CARTAGENA,                :
  a/k/a "Alberto Cartagena,"     :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x



08 CRIM 330

COUNT ONE

The Grand Jury charges:

On or about April 1, 2008, in the Southern District of New York, NELSON CARTAGENA, a/k/a "Alberto Cartagena," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Conspiracy to Distribute Narcotics, in violation of Title 21, United States Code, Section 846, in Federal District Court for the Eastern District of Virginia, on or about April 27, 1990, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .9mm Bryco Jennings firearm, and ammunition, to wit, twelve .9mm Luger Wolf bullets, both of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NELSON CARTAGENA,
a/k/a "Alberto Cartagena,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson