UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :     ORDER

       -v-                       :     08 CR. 330 (RMB)

NELSON CARTAGENA,                 :
  a/k/a "Alberto Cartagena,"
                                      :

              Defendant.
                                      :
- - - - - - - - - - - - - - - - - -X

        Upon the application of the United States of America, by and through Michael J. Garcia, United States Attorney, Glen Kopp, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from June 24, 2008 to July 15, 2008 at 9 30 a.m.

        The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit counsel for the defendant to meet with his client. Accordingly, it is further ORDERED that the time between June 24, 2008 and July 15, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
       June 25, 2008

                                            _____
                                            RICHARD M. BERMAN
                                            UNITED STATES DISTRICT JUDGE