

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 14, 2008

<u>BY HAND</u>

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Nelson Cartagena</u>,
          08 Cr. 330 (RMB)

Dear Judge Berman:

    The Government writes to respectfully request that the pretrial conference currently scheduled for July 15, 2008 be cancelled. The defendant, through his counsel, Roland Thau of the Federal Defenders of New York, has informed the Government that he intends to plead guilty before a Magistrate Judge on Thursday, July 17, 2008, pursuant to Your Honor's referral. The Government has communicated with Christine Murray and scheduled an appearance on July 24, 2008 for Your Honor to accept the defendant's plea.

    Thank you for your attention to this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Glen Kopp
Assistant United States Attorney
Tel.: (212) 637-2210

Encl.

cc: Roland Thau, Esq. (By facsimile)

[Handwritten endorsement:] Conference is adjourned to 7/24/08 at 3:30 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 7-15-08
Richard M. Berman, U.S.D.J.